UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES W. WELLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:05-CV-0102-JDT-TAB |
| ) | |
| ANTHONY J. PRINCIPI, SECRETARY, ) | |
| DEPARTMENT OF VETERAN AFFAIRS,) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties, by their respective counsel, stipulate that this action is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

SUSAN W. BROOKS
United States Attorney

By:  */s Kevin W. Betz/DGR*          By:  */s Debra G. Richards*
     Kevin W. Betz                                    Debra G. Richards
     Attorney for Plaintiff                          Assistant United States Attorney
                                                   Attorney for Defendant Anthony J. Principi,
                                                   Secretary, Department of Veteran Affairs

IT IS SO ORDERED this __18th__ day of __October__, 2005.

_____
John Daniel Tinder, Judge
United States District Court

cc:

Debra G. Richards
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

Kevin W. Betz
Sandra L. Blevins
BETZ & ASSOCIATES
One Indiana Square
Suite 1660
Indianapolis, IN 46204